IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| CLARA R. GORDON, | § |  |
|---|---|---|
|  | § |  |
| Plaintiff, | § |  |
|  | § |  |
| VS. | § | NO. 4:09-CV-059-A |
|  | § |  |
| MICHAEL J. ASTRUE, | § |  |
| COMMISSIONER OF | § |  |
| SOCIAL SECURITY, | § |  |
|  | § |  |
| Defendant. | § |  |

ORDER

On August 9, 2010, the United States Magistrate Judge issued his proposed findings and conclusions and his recommendation in the above-referenced case. The recommendation is that the decision of defendant, Michael J. Astrue, Commissioner of Social Security ("Commissioner"), that plaintiff, Clara R. Gordon, was "not entitled to a period of disability or disability insurance benefits under 42 U.S.C. §§ 416(i) and 423, respectively,"[1] be affirmed. Plaintiff timely filed her objections, and the government filed a response. After a thorough study of the record, the magistrate judge's proposed findings and conclusions, and applicable legal authorities, the court has concluded that

---

[1] See Notice of Decision--Unfavorable, Tr. at 25, 40, which became the final decision of the Commissioner, id. at 8.

plaintiff's objections lack merit and that the recommendation of the magistrate judge should be accepted. Therefore,

The court accepts the recommendation of the magistrate judge and ORDERS that the decision of the Commissioner that plaintiff is not entitled to a period of disability or disability insurance benefits under 42 U.S.C. §§ 416(i) and 423, respectively, be, and is hereby, affirmed.

SIGNED March 30, 2011.

_____
JOHN McBRYDE
United States District Judge